value of the life estate should be deducted in determining the tax.

*Henry F. Miller* for appellant.

*Seth T. Cole* and *Charles A. Curtin* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

In the Matter of the Accounting of THE FARMERS' LOAN AND TRUST COMPANY, as Successor Trustee under the Will of JAMES H. BANKER, Deceased.

SARAH H. KENT et al., as Executrices of ELLEN J. BANKER, Deceased, Appellants; SOPHIA H. B. WHITE, as Administratrix of the Estate of EDWARD BANKER, Deceased, Respondent.

*Will — trust — remainder to issue of niece or in default thereof to brother — death of brother before that of life tenant and of niece, without issue subsequent thereto — administratrix of brother takes remainder.*

*Matter of Banker*, 223 App. Div. 496, affirmed.
(Argued May 29, 1928; decided June 12, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 20, 1928, which reversed a decree of the Westchester County Surrogate's Court construing the will of James H. Banker, deceased. Testator by his will created a trust for the use of his wife and niece with remainder to issue of the niece or in default thereof to his brother. The brother predeceased the widow and niece, the latter surviving the widow but dying without issue or descendants thereof. The Appellate Division held that the administratrix of the brother was entitled to the remainder.

*Edwin W. Cooney* and *Joseph Trachtman* for appellants.

*Henry S. Miller* for respondent.

Order affirmed, with costs payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* ARTHUR COOK, Respondent.

*Crimes — nuisance — intoxicating liquors — judgment convicting defendant of maintaining nuisance by conducting place where intoxicating liquors were sold, properly reversed.*

People v. *Cook*, 220 App. Div. 110, affirmed.

(Submitted May 29, 1928; decided June 12, 1928.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 21, 1927, which reversed a judgment of the Steuben County Court rendered upon a verdict convicting the defendant of maintaining a common nuisance in violation of section 1532 of the Penal Law, in that he conducted a place where intoxicating liquors were sold in violation of the National Prohibition Act, and directed a dismissal of the indictment. The Appellate Division held that the acts charged, if a crime, were punishable by the Federal courts only.

*Guy W. Cheney, District Attorney,* for appellant.

*Floyd E. Whiteman* and *Acton M. Hill* for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ.; CARDOZO, Ch. J., POUND and LEHMAN, JJ., vote to modify judgment of the Appellate Division by ordering a new trial instead of dismissing the indictment.